## (May 4, 1962)

■ In the Matter of Arbitration between SAM MEYERS, as President of Local 259, United Automobile Workers, AFL–CIO, and FRANK CHEVROLET CORP.— Motion to dismiss appeal denied without prejudice to a renewal thereof in the Appellate Division, Second Department, should the appellant fail to perfect the appeal in that court for the September 1962 Term. Motion for an order transferring appeal granted and the appeal taken by respondent-appellant from the order and judgment of the Supreme Court, New York County, entered on April 19, 1961 is transferred to the Appellate Division, Second Department, for hearing and determination. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIE JONES by NATHAN J. WALDMAN v. WARDEN OF MANHATTAN HOUSE OF DETENTION FOR MEN.— Motion for leave to appeal as a poor person and for a stay granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney, New York County, and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record with this court on or before May 17, 1962, with notice of argument for May 29, 1962, said appeal to be argued or submitted when reached. Respondents' points are to be served and filed on or before May 23, 1962. In all other respects, the motion is denied. Concur — Brietel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT BREGMAN v. WARDEN OF THE NEW YORK CITY PRISON.— Motion for a stay granted on the terms and conditions contained in the order to show cause dated April 20, 1962 and on the further condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before May 17, 1962 with notice of argument for May 29, 1962, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before May 23, 1962. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

## (May 7, 1962)

■ BROADWAY DISTRIBUTING CORP. v. SOL GOLDMAN et al.— Motion for a stay denied and the case is placed at the head of the Ready Day Calendar for trial on May 14, 1962. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

## (May 8, 1962)

■ In the Matter of the Arbitration between LOEWENGART & COMPANY, Respondent, and M. BECKERMAN & SONS, INC., Appellant.— Order entered on April 4, 1961, so far as appealed from unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Appeal from order entered on April 10, 1961 unanimously dismissed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.